STEVEN H. GURNEE, ESQ. SB# 66056
DAVID M. DANIELS, ESQ. SB# 170315
NICHOLAS P. FORESTIERE, SB# 125118
GURNEE & DANIELS LLP
2240 Douglas Boulevard, Suite 150
Roseville, CA 95661-3805
Telephone      (916) 797-3100
Facsimile      (916) 797-3131

Attorneys for Defendants
ALDERWOODS GROUP, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

WILLIAM HELM, DEBORAH PRISE,          ) No.  CV 08-01184 SI
HEATHER P. RADY, et al., on behalf of  )
themselves and all other employees and former )
employees similarly situated,          ) **[PROPOSED] ORDER CONTINUING**
                                       ) **DATE FOR CASE MANAGEMENT**
               Plaintiffs,             ) **CONFERENCE**
                                       )
         vs.                           )
                                       )
ALDERWOODS GROUP, INC.,                )
                                       )
               Defendants.             )
_____)

        Pursuant to the Stipulation of counsel and good cause appearing, the September 10, 2010

date for the Case Management Conference in this matter is hereby vacated and the Case

Management Conference is continued to Friday, October 1, 2010 at 3:00 p.m. in Department 10 of

this Court.

        **IT IS SO ORDERED.**


Dated:_____        _____
                                      Honorable Susan Illston
                                      United States District Court



[PROPOSED] ORDER CONTINUING DATE FOR
CASE MANAGEMENT CONFERENCE                                                          1
Case No.: CV 08-01184 SI